■ In the Matter of the Estate of THOMAS A. DANE, Deceased. MARGUERITE L. DANE-FISHER, Petitioner, THOMAS M.

DANE, Respondent. LYNNE M. LONSDALE, Appellant. [831 NYS2d 91]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Gorski and Green, JJ.